Ruth R. Ettla, Respondent, v. Horace M. Engle and Another, Defendants. Harold W. Buck, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Scott, J., dissented.

Hotel Astor v. The City of New York and Others. Waldorf-Astoria Hotel Company v. The City of New York and Others. Greeley Square Hotel Company v. The City of New York and Others. Hilliard Hotel Company v. The City of New York and Others.— Motions granted and questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

August Belmont Hotel Company v. The City of New York and Others. Hawk & Wetherbee v. The City of New York and Others.— Motions for leave to appeal to the Court of Appeals granted; questions to be certified as in *Waldorf-Astoria Hotel Co.* v. *City of New York* (ante, p. 925), decided herewith. Orders to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Theodore W. Lefler, Respondent, v. Theresa Alice Oelrichs and Another, Appellants, Impleaded with Others.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Hyman Uffner, Respondent, v. F. L. Schafuss Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The New York Central and Hudson River Railroad Company, Respondent, v. R. B. Shimer & Company, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Central Railroad Company of New Jersey, Respondent, v. R. B. Shimer & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. R. T. Subway Construction Company, Respondent, v. Alfred Craven as Chief Engineer, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.